IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK BUCKMASTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SODEXO, formerly known as<br>SODEXHO ALLIANCE, a foreign<br>corporation; MILA STURGIS;<br>MICHELINE JOHNSON; and DOES<br>1-50, inclusive,<br><br>　　　　　Defendants.* | 2:12-cv-02244-GEB-JFM<br><br><u>ORDER OF DISMISSAL</u> |

　　　　Plaintiff was required to respond to an Order filed December 4, 2012, by either filing proof that Defendant Sharon Cross was served with process or a document showing good cause for Plaintiff's failure to serve this Defendant within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 12.) This filing was due no later than December 28, 2012. <u>Id.</u>  The December 4th Order warned Plaintiff that failure to make the required showing by the deadline would result in Defendant Sharon Cross being dismissed from this action.

///

///

---

　　　* 　The caption has been amended according to the dismissal of Defendant Sharon Cross.

1

Plaintiff failed to respond to the December 4th Order by this deadline. Therefore, Defendant Sharon Cross is dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: January 3, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge