IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK BUCKMASTER,<br><br>          Plaintiff,<br><br>    v.<br><br>SODEXO, formerly known as<br>SODEXHO ALLIANCE, a foreign<br>corporation; MILA STURGIS;<br>MICHELINE JOHNSON; and DOES<br>1-50, inclusive,<br><br>          Defendants.[*] | 2:12-cv-02244-GEB-JFM<br><br>ORDER OF DISMISSAL |

         Plaintiff was required to respond to an Order filed December 4, 2012, by either filing proof that Defendant Sharon Cross was served with process or a document showing good cause for Plaintiff's failure to serve this Defendant within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 12.) This filing was due no later than December 28, 2012. Id. The December 4th Order warned Plaintiff that failure to make the required showing by the deadline would result in Defendant Sharon Cross being dismissed from this action.

///

///

---

    [*]    The caption has been amended according to the dismissal of Defendant Sharon Cross.

1

1  Plaintiff failed to respond to the December 4th Order by this
2 deadline. Therefore, Defendant Sharon Cross is dismissed from this
3 action without prejudice.
4  IT IS SO ORDERED.
5 Dated: January 3, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2